**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6091**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ORLANDO BLACK,

Respondent – Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:15-hc-02180-BR)

Submitted:  May 23, 2017                              Decided:  May 26, 2017

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Orlando Black, Appellant Pro Se.  Jennifer Dee Dannels, FEDERAL MEDICAL CENTER, Butner, North Carolina; Robert J. Dodson, Special Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orlando Black appeals from the district court's order denying his motions to vacate his civil commitment or to hold a discharge hearing. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Black*, No. 5:15-hc-02180-BR (E.D.N.C. Jan. 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*